FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR -9 AM 9: 19

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| RANDY LEE MILLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV606-088 |
| | ) | |
| SHERIFF LYNN ANDERSON, BULLOCH COUNTY SHERIFF'S DEPT., TIM NESMITH, MARK FOREMAN, and JEFF WHITE, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 9th day of April, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA