FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2008 JAN -7 AM 11: 37

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

RANDY LEE MILLS,           )
                                  )
     Plaintiff,         )
                                  )
v.                       )     Case No. CV606-88
                                  )
SHERIFF LYNN ANDERSON,   )
TIM NESMITH, MARK FOREMAN, )
and JEFF WHITE,           )
                                  )
     Defendants.       )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this __7__ day of ___Jan___, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA